# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147475

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NEJLA ISRAEL,
   Plaintiff/Counter Defendant-
   Appellant,

v

RAMIZ PUTRUS and NAJAH PUTRUS,
   Defendants/Counter Plaintiffs-
   Appellees,
and

RAMIZ PUTRUS and NAJAH PUTRUS,
   Third-Party Plaintiffs-Appellees,

v

FOUAD ZORA,
   Third-Party Defendant,
and

BI-COUNTY MEDICAL CENTER, P.C., and
UNIVERSAL URGENT CARE, P.C.,
   Intervenor Plaintiff,

v

NEJLA ISRAEL and FOUAD ZORA,
   Intervenor Defendants.

SC: 147475
COA: 316249
Macomb CC: 2011-002782-CH

_____/

   On order of the Court, the application for leave to appeal the July 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923